# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Sargis, Ronald H. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Eastern District of California | 3. Date of Report<br><br>06/29/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article I Bankruptcy Judge, Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95864

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Trustee - Trust #1 - | Trust #1 Family Member 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Pacific, McGeorge School of Law -- Co-Teaching Bankruptcy Course | $3,087.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | State of California, California Department of Public Health --- Retired Annuitant Salary |
| 2. 2019 | CalPERS - State of California Retirement |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Loyola Law School | 06/06/2019 | Los Angeles, Cal | Cal-9th Cir Joint Judicial Council Presentation at Journalist Law School Program | Airfare, Car Rental, Airport Parking |
| 2. | California Bankruptcy Forum | 05/17-19/2019 | Palm Springs, Cal | Annual Forum Educational Conference | Airfare, Car Rental, Hotel, Airport Parking |
| 3. | California Association of Collectors | 07/13-15/2019 | San Diego, Cal | Annual Conference, Educational Panel Presentation | Airfare, Uber, Hotel, Airport Parking |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sargis, Ronald H. | 06/29/2020 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Rental Property, Sacramento, California | D | Rent | O | W | | | | | |
| 2.  Bank of America Demand Accounts | A | Interest | J | T | | | | | |
| 3.  Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 4.  Bank of the West Demand Account | A | Interest | J | T | | | | | |
| 5.  State Farm Whole Life Insurance | A | Interest | J | T | | | | | |
| 6.  Mineral Rights, Livingston, CA | | None | J | W | | | | | |
| 7.  (H) XXXXXXX XXXXXX | | | | | | | | | |
| 8.  (H) BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 9.  Merril Lynch Direct Deposit (Cash) Account) | A | Int./Div. | J | T | | | | | |
| 10. Adient PLC SHS -- ADNT | | None | J | T | | | | | |
| 11. Johnson Controls Inter -- JCI | A | Dividend | J | T | | | | | |
| 12. Mallinckrodt PLC -- MNK (X) | | None | J | T | | | | | |
| 13. Medtronic PLC -- MDT (fka Covidien PLC) | A | Int./Div. | J | T | | | | | |
| 14. Nokia Corp -- NOK | A | Int./Div. | J | T | | | | | |
| 15. Oracle Corp -- ORCL | B | Int./Div. | M | T | Sold<br>(part) | 04/09/19 | K | D | |
| 16. Pentair PLC -- PNR | A | Int./Div. | J | T | | | | | |
| 17. NVENT Elec PLC Reg | A | Int./Div. | J | T | Spinoff<br>(from line 16) | 01/01/19 | J | | See Part VIII, Note 1 |

| 1 Income Gain Codes:<br>  (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>  (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>  (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Sirus SM -- SIRI | A | Int./Div. | J | T | | | | | |
| 19. TE Connectivity -- TEL | A | Int./Div. | J | T | | | | | |
| 20. (H) XXXXXXXXX | | | | | | | | | |
| 21. (H) BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 22. Insured Bank Deposit U.S. Bank | A | Int./Div. | J | T | | | | | |
| 23. Dreyfus Technology Growth -- DTGRX | A | Distribution | J | T | | | | | |
| 24. (H) Investments Completed Disposed of | | | | | | | | | |
| 25. Gateway CL C Reinvestments -- GTECX | A | Int./Div. | | | Sold | 10/28/19 | J | B | |
| 26. (H) XXXXXXXXX | | | | | | | | | |
| 27. (H) BROKERAGE ACCOUNT #8 IRA ROLLOVER | | | | | | | | | See Part VIII Note 2 |
| 28. General MMKT Class A Cash Fund | A | Int./Div. | | | Closed | 10/28/19 | J | | |
| 29. First Trust Senior Loan Fund - FTSL | A | Dividend | | | Sold | 03/07/19 | J | | |
| 30. First Trust Utilities Alphadex -- FXU | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 31. | | | | | Sold (part) | 04/22/19 | J | A | |
| 32. | | | | | Sold (part) | 04/26/19 | J | A | |
| 33. | | | | | Sold (part) | 07/22/19 | J | A | |
| 34. | | | | | Sold | 09/03/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Consumer Discretionary Select Sector SPDR ETF - XYL | A | Dividend | | | Sold (part) | 04/26/19 | J | | |
| 36. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 37. | | | | | Sold | 10/28/19 | J | A | |
| 38. Global X US Infrastructure Dev. ETF -- PAVE | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 39. | | | | | Sold (part) | 04/22/19 | J | A | |
| 40. | | | | | Sold (part) | 04/26/19 | J | A | |
| 41. | | | | | Sold (part) | 07/22/19 | J | A | |
| 42. | | | | | Sold | 10/28/19 | K | C | |
| 43. Goldman Sachs Activebeta US Large Cap Equity ETF -- GSLC | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 44. | | | | | Sold (part) | 04/22/19 | J | A | |
| 45. | | | | | Sold (part) | 04/26/19 | J | A | |
| 46. | | | | | Sold (part) | 07/22/19 | J | A | |
| 47. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 48. | | | | | Sold | 10/28/19 | K | D | |
| 49. Ishares MSCI Australia ETF -- EWA | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 50. | | | | | Sold (part) | 04/22/19 | J | A | |
| 51. | | | | | Sold (part) | 04/26/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 53. | | | | | Sold | 10/28/19 | J | A | |
| 54.  Ishares MSCI Canada ETF-EWC | A | Dividend | | | Sold<br>(part) | 02/25/19 | J | A | |
| 55. | | | | | Sold<br>(part) | 04/22/19 | J | A | |
| 56. | | | | | Sold<br>(part) | 04/26/19 | J | A | |
| 57. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 58. | | | | | Sold | 10/28/19 | J | A | |
| 59.  Ishares Core MSCI EAFE ETF - IEFA | A | Dividend | | | Sold<br>(part) | 02/25/19 | J | A | |
| 60. | | | | | Sold<br>(part) | 04/22/19 | J | A | |
| 61. | | | | | Sold<br>(part) | 04/26/19 | J | A | |
| 62. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 63. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 64. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 65. | | | | | Sold | 10/28/19 | K | B | |
| 66.  Ishares Core MSCI Emerging Markets ETF<br>-- IEMG | A | Dividend | | | Buy<br>(add'l) | 01/09/19 | J | | |
| 67. | | | | | Sold<br>(part) | 02/25/19 | J | | |
| 68. | | | | | Sold<br>(part) | 04/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 04/26/19 | J | A | |
| 70. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 71. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 72. | | | | | Sold<br>(part) | 08/15/19 | J | | |
| 73. | | | | | Sold | 10/28/19 | J | C | |
| 74. Ishares Core S&P 500 ETF -- IVV | A | Dividend | | | Sold<br>(part) | 02/25/19 | J | | |
| 75. | | | | | Sold<br>(part) | 03/07/19 | J | A | |
| 76. | | | | | Sold<br>(part) | 04/26/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 78. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 79. | | | | | Sold | 10/28/19 | J | C | |
| 80. Ishares Technology ETF -- IYW | A | Dividend | | | Sold<br>(part) | 02/25/19 | J | A | |
| 81. | | | | | Sold<br>(part) | 04/22/19 | J | A | |
| 82. | | | | | Sold<br>(part) | 04/26/19 | J | A | |
| 83. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 84. | | | | | Sold | 10/28/19 | K | C | |
| 85. Ishares MSCI EAFE ETF - EFA | A | Dividend | | | Sold<br>(part) | 02/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/22/19 | J | A | |
| 87. | | | | | Sold (part) | 07/22/19 | J | A | |
| 88. | | | | | Sold | 10/28/19 | J | A | |
| 89.  Ishares MSCI EAFE Growth ETF - EFG | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 90. | | | | | Sold (part) | 04/22/19 | J | A | |
| 91. | | | | | Sold (part) | 04/26/19 | J | A | |
| 92. | | | | | Sold (part) | 07/22/19 | J | A | |
| 93. | | | | | Sold | 10/28/19 | J | D | |
| 94.  Ishares U S Medical Devices ETF - IHI | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 95. | | | | | Sold (part) | 04/26/19 | J | A | |
| 96. | | | | | Sold | 10/28/19 | J | D | |
| 97.  Ishares MSCI All Country Asia Ex Japan - AAXJ | | None | | | Sold (part) | 04/22/19 | J | A | |
| 98. | | | | | Sold (part) | 04/26/19 | J | A | |
| 99. | | | | | Sold | 05/30/19 | J | A | |
| 100.  Ishares U S Financial Services ETF - IYG | A | Dividend | | | Sold (part) | 05/25/19 | J | A | |
| 101. | | | | | Sold (part) | 04/22/19 | J | A | |
| 102. | | | | | Sold (part) | 04/26/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/28/19 | J | B | |
| 104.  Ishares Core S&P Small Cap ETF -- IJR | A | Dividend | | | Buy (add'l) | 01/23/19 | J | | |
| 105. | | | | | Sold (part) | 02/25/19 | J | A | |
| 106. | | | | | Sold (part) | 04/22/19 | J | A | |
| 107. | | | | | Sold (part) | 04/26/19 | J | A | |
| 108. | | | | | Sold (part) | 07/22/19 | J | A | |
| 109. | | | | | Sold | 09/03/19 | J | | |
| 110.  Ishares U S Consumer Goods ETF - IYK | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 111. | | | | | Sold (part) | 04/22/19 | J | A | |
| 112. | | | | | Sold (part) | 04/26/19 | J | A | |
| 113. | | | | | Sold | 10/28/19 | J | A | |
| 114.  Invesco Aerospace & Defense - PPA | A | Dividend | | | Sold (part) | 04/22/19 | J | A | |
| 115. | | | | | Sold (part) | 04/26/19 | J | A | |
| 116. | | | | | Sold | 10/28/19 | J | B | |
| 117.  Invesco QQQ EFT - QQQ | A | Dividend | | | Sold (part) | 04/22/19 | J | A | |
| 118. | | | | | Sold (part) | 07/22/19 | J | A | |
| 119. | | | | | Sold | 10/28/19 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sargis, Ronald H.** | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Invesco Exchange S&P 500 Equal Weight Energy -- RYE | A | Dividend | | | Sold (part) | 02/25/19 | J | | |
| 121. | | | | | Sold (part) | 04/22/19 | J | A | |
| 122. | | | | | Sold (part) | 07/22/19 | J | A | |
| 123. | | | | | Sold | 10/28/19 | J | | |
| 124. Oppenheimver Russell 1000 Dynamic Multifactor | A | Dividend | | | Buy | 03/07/19 | J | | |
| 125. | | | | | Sold (part) | 04/22/19 | J | A | |
| 126. | | | | | Sold (part) | 04/26/19 | J | A | |
| 127. | | | | | Distributed | 05/28/19 | J | | See Part VII - Note 3 |
| 128. Invesco Russell 1000 Dynamic Multifactor | A | Dividend | | | Spinoff (from line 127) | 05/28/19 | J | | |
| 129. | | | | | Sold (part) | 07/22/19 | J | | |
| 130. | | | | | Sold | 10/28/19 | J | A | |
| 131. Invesco Exchange FTSE RAFI Emerging Market ETF - PXH | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 132. | | | | | Sold (part) | 04/22/19 | J | A | |
| 133. | | | | | Sold (part) | 04/26/19 | J | A | |
| 134. | | | | | Sold | 05/30/19 | J | A | |
| 135. JP Morgan Betabuilders Japan ETF - BBJP | | None | | | Sold (part) | 02/25/19 | J | | |
| 136. | | | | | Sold (part) | 04/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | Sold (part) | 04/26/19 | J | | |
| 138. | | | | | | Sold (part) | 07/22/19 | J | | |
| 139. | | | | | | Sold | 10/28/19 | J | A | |
| 140. | JP Morgan Diversified Return Intl Equity ETF | A | Dividend | | | Buy | 03/07/19 | J | | |
| 141. | | | | | | Sold (part) | 04/22/19 | J | A | |
| 142. | | | | | | Sold (part) | 04/26/19 | J | A | |
| 143. | | | | | | Sold (part) | 05/30/19 | J | | |
| 144. | | | | | | Sold (part) | 07/22/19 | J | A | |
| 145. | | | | | | Sold | 10/28/19 | J | A | |
| 146. | Sector Healthcare Select Sector SPDR ETF-XLV | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 147. | | | | | | Sold (part) | 04/22/19 | J | | |
| 148. | | | | | | Sold (part) | 04/26/19 | J | A | |
| 149. | | | | | | Sold (part) | 07/22/19 | J | A | |
| 150. | | | | | | Sold | 10/28/19 | J | A | |
| 151. | Sector Financial Select Sector SPDR ETF - XLF | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 152. | | | | | | Sold (part) | 04/22/19 | J | A | |
| 153. | | | | | | Sold (part) | 04/26/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 07/22/19 | J | A | |
| 155. | | | | | Sold | 10/28/19 | J | B | |
| 156. SPDR Blackstone GSO SR LN - SRLN | A | Dividend | | | Sold (part) | 02/25/19 | J | | |
| 157. | | | | | Sold | 03/07/19 | J | | |
| 158. Vaneck Vectors JPM Emerg Mkts Loc Currency BD New ETF | A | Dividend | | | Buy | 01/09/19 | J | | |
| 159. | | | | | Sold (part) | 04/22/19 | J | | |
| 160. | | | | | Sold (part) | 04/26/19 | J | | |
| 161. | | | | | Sold (part) | 07/22/19 | J | | |
| 162. | | | | | Sold | 10/28/19 | J | A | |
| 163. Vanguard Large Cap ETF - VV | | None | | | Sold (part) | 01/23/19 | J | C | |
| 164. | | | | | Sold (part) | 02/25/19 | J | A | |
| 165. | | | | | Sold (part) | 04/22/19 | J | A | |
| 166. | | | | | Sold (part) | 04/26/19 | J | A | |
| 167. | | | | | Sold (part) | 07/22/19 | J | A | |
| 168. | | | | | Sold | 10/28/19 | J | C | |
| 169. Wisdomtree Japan Small Cap Dividend ETF - DJF | | None | | | Sold (part) | 02/25/19 | J | | |
| 170. | | | | | Sold | 03/07/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Ishares 20+ Treasury Bond ETF - TLT | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 172.  Ishares 10-20 Yr Treasury Bond ETF - TLH | A | Dividend | | | Sold (part) | 04/26/19 | J | A | |
| 173. | | | | | Sold | 08/15/19 | J | A | |
| 174.  Pimco Investment Grade Corporate Bond Index ETF - COPR | A | Dividend | | | Sold (part) | 02/25/19 | J | | |
| 175. | | | | | Sold (part) | 04/22/19 | J | A | |
| 176. | | | | | Sold (part) | 04/26/19 | J | A | |
| 177. | | | | | Sold (part) | 07/22/19 | J | A | |
| 178. | | | | | Sold | 08/15/19 | J | A | |
| 179.  Vanguard Total Bond Market ETF - BND | A | Dividend | | | Sold (part) | 02/25/19 | J | A | |
| 180. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 181. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 182. | | | | | Sold (part) | 04/22/19 | J | A | |
| 183. | | | | | Sold (part) | 04/26/19 | J | A | |
| 184. | | | | | Sold (part) | 07/22/19 | J | A | |
| 185. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 186. | | | | | Sold | 10/28/19 | J | A | |
| 187.  Vanguard Short Term Corporate Bond Fund | A | Dividend | | | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 10/25/19 | J | A | |
| 189. Vanguard Intermediate Term Treasury Index | A | Dividend | | | Sold (part) | 01/09/19 | J | A | |
| 190. | | | | | Sold (part) | 02/25/19 | J | A | |
| 191. | | | | | Sold (part) | 04/22/19 | J | A | |
| 192. | | | | | Sold (part) | 04/26/19 | J | A | |
| 193. | | | | | Sold (part) | 07/22/19 | J | A | |
| 194. | | | | | Sold | 10/28/19 | J | A | |
| 195. (H) XXXXXXXXX | | | | | | | | | |
| 196. (H) Brokerage Account 9 IRA Rollover | | | | | | | | | |
| 197. CASH/MMONEY MARKET -- RW Baird Genal MMKt Class A | A | Int./Div. | K | T | | | | | |
| 198. Blackrock Event Driven Equity Instl CL Reinvestments - BILPX | B | Dividend | L | T | Buy | 10/28/19 | L | | |
| 199. Blackrock Strategic Income Opptys BSIXX | C | Dividend | L | T | | | | | |
| 200. Bluerock Total Income Plus Real Estate - TIPWX | A | Dividend | L | T | Buy | 10/29/19 | L | | |
| 201. Cullen High Dividend Equity - CHDVX | A | Dividend | L | T | Buy | 10/28/19 | L | | |
| 202. | B | Distribution | | | | | | | |
| 203. Davis Global - DGFYX | B | Dividend | L | T | Buy | 10/28/19 | L | | |
| 204. FMI Instl - FMIYX | C | Dividend | L | T | Buy | 10/28/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Ishares Russell 1000 Growth EFT IWF | B | Dividend | L | T | | | | | |
| 206. Ishares Russell Mid Cap - IWR | A | Dividend | J | T | Sold<br>(part) | 10/28/19 | J | C | |
| 207. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 208. Oakmark Intl | B | Dividend | L | T | | | | | |
| 209. Principal Mid Cap Instl - PCBIX | A | Dividend | K | T | Sold<br>(part) | 10/28/19 | K | D | |
| 210. | B | Distribution | | | | | | | |
| 211. Principal Global Divversifed Income<br>PGPDX | B | Dividend | K | T | Buy<br>(add'l) | 10/29/19 | J | | |
| 212. SPDR Series Trust S&P Dividend SDY | B | Dividend | L | T | | | | | |
| 213. Sterling Capital Stratton Small Cap STSCX | C | Distribution | K | T | | | | | |
| 214. Eaton Vance Global Macro Absolute Return<br>EIGMX | C | Dividend | K | T | Buy<br>(add'l) | 10/29/19 | J | | |
| 215. Loomis Sayles Bond Instl LSBDX | B | Dividend | K | T | | | | | |
| 216. Templeton Global Bond Advisor TGBAX | C | Dividend | L | T | | | | | |
| 217. Vanguard Short Term Investment Grade<br>Admiral --VFSUX | A | Dividend | K | T | Sold<br>(part) | 08/16/19 | J | A | |
| 218. Western Asset Core Bond | A | Dividend | J | T | Buy | 10/29/19 | K | | |
| 219. (H) -------------------- | | | | | | | | | |
| 220. (H) Acct 9 Investments Completely<br>Disposed of in 2019 From Account 9 | | | | | | | | | |
| 221. Advisory Research MLP & Energy Income<br>INFIX | C | Dividend | | | Sold<br>(part) | 06/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 10/28/19 | K | | |
| 223. Gateway CL A Reinvestments GTEYX | A | Dividend | | | Sold (part) | 07/18/19 | J | A | |
| 224. | | | | | Sold (part) | 09/18/19 | J | A | |
| 225. | | | | | Sold (part) | 10/15/19 | J | A | |
| 226. | | | | | Sold | 10/28/19 | K | C | |
| 227. (H) XXXXXXXXX | | | | | | | | | |
| 228. (H) Trust #1 | | | | | | | | | |
| 229. Bank of America -- Deposit Accounts | A | Interest | J | T | | | | | |
| 230. US Goverment Bonds | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Part VII Line 18 -  NVENT Elec PLC was a 5 share spin off from Pentair PLC on April 30, 2018 that was reported as a dividend by Merrill.  The value as of May 2018 was $135.40.  As of December 31, 2019 the value of the five (5) shares is stated to be $127.90.  Though of di minimis value, because the Merrill Account statements list thus dividend as five (5) shares of stock,  these five (5) shares of stock resulting from the dividend in 2018 are now separately reported so they may be tracked and any increases in value properly reported.

Note 2: Part VII Line 27 -  Brokerage Account No. 8 IRA was closed and the proceeds from disposition of assets were transferred int Brokerage Account No. 9 IRA.

Note 3: Part VII Line 127 -  The Oppenheimer Russell 1000 Dynamic shares were exchanged for the Invesco Russell 1000 Dynamic Multifactor shares.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald H. Sargis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544